IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLENDA CONLEY,

    Plaintiff                                                        CASE NO.:

vs.

NATIONWIDE INSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, NATIONWIDE INSURANCE COMPANY OF AMERICA ("NATIONWIDE"), by and through its undersigned counsel, hereby files its Notice of the Removal of this cause to the United States District Court for the Middle District of Florida, Orlando Division, and states as grounds for such removal the following:

## TIMELY NOTICE OF REMOVAL

1. On October 21, 2022, Plaintiff, GLENDA CONLEY ("PLAINTIFF"), filed this action in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, 2022 CA 002519 ("State Action").

2. The Complaint did not state the specific amount of damages sought by Plaintiff, and only states that this is an action for damages more than $30,000.00, exclusive of attorney's fees, costs, and interest. *See* Complaint at ¶1.

3. On October 27, 2022, NATIONWIDE was served with a Summons and copy of the Complaint in connection with the State Action. Pursuant to 28 U.S.C. §

1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "A"** as follows:

1. Civil Cover Sheet;
2. Complaint for Breach of Contract;
3. Summons Issued;
4. Plaintiff's Request for Admission
5. Plaintiff's Request to Produce;
6. Plaintiff's Notice of Service of Interrogatories;
7. Plaintiff's First Request for the deposition of Defendant's field adjuster and corporate representative;
8. Plaintiff's Notice of Appearance and Designation of E-Mail Address;
9. Case Management Plan
10. Case Management Order
11. NATIONWIDE's Notice of Appearance of Counsel;
12. NATIONWIDE's Notice of Removal to Opposing Counsel;
13. Certification and Notice of Filing Notice of Removal.

4. This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Orlando Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C § 1446(b).

## VENUE

5. Venue is proper in the United States District Court for the Middle District of Florida, Orlando division, because the state court action originated in Seminole County, Florida, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C. § 1446(b).

## JURISDICTION

6. This Court has jurisdiction. The state court action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332(a) because Plaintiff on the one hand and Defendant on the other are completely diverse and the amount in controversy exceeds $75,000, exclusive of interest and costs. Defendant is entitled to remove this action pursuant to 28 U.S.C. § 1441.

## COMPLETE DIVERSITY EXISTS

7. According to the allegations in the Complaint, Plaintiff obtained an insurance policy, number ACP BPOZ 5904449000, that forms the basis for this action. *See* Complaint, ¶ 3. A copy of the insurance policy is attached hereto as **Exhibit "B"**.

8. Plaintiff owns commercial property located at 1750 W Broadway Street, Oviedo, Florida 32765 ("insured property"). *See* Complaint, ¶ 2.

9. For purposes of determining diversity of citizenship, an individual is a citizen of the state in which he or she is domiciled, which is the state where the individual maintains his or her "true, fixed, and permanent home." *McCormick v. Aderholt*, 293 F.3d 1254, 1257-58 (11th Cir. 2002) (per curiam). A corporation is a

citizen of every state by which it has been incorporated and of the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1); *see also Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1183 (2010) ("The phrase 'principal place of business' in § 1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's actions i.e. its 'nerve center'").

10. Plaintiff is registered to vote in the State of Florida. Her voter registration provides an address of 225 W Seminole Blvd., Unit 502, Sanford, Florida 32771. A copy of Plaintiff's voter registration is attached as **Exhibit "C."** Therefore, Plaintiff is a citizen of Florida.

11. At all times material to this action, NATIONWIDE was and is incorporated in the State of Ohio with its principal place of business in the State of Ohio. Accordingly, at all times material to this action, NATIONWIDE is a citizen of Ohio. NATIONWIDE is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. At all times material to this action, NATIONWIDE has been a foreign corporation doing business in Florida.

12. Thus, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

13. PLAINTIFF sued NATIONWIDE for breach of the insurance policy by alleging refusal to fully pay to replace and/or repair Plaintiffs' Commercial Property. *See* **Composite Exhibit A-2**, at Complaint ¶9.

14. Prior to filing suit, PLAINTIFF, through her loss consultant, provided a repair estimate prepared by On Your Side Public Adjusters, totaling $375,618.00 for the dwelling and $251,665.01 for contents. *See* estimate, attached hereto as **Exhibit "D".**

15. On July 26, 2022, Plaintiff executed a Sworn Statement in Proof of Loss claiming $622,452.01 under the Policy "minus prior payment." *See* sworn statement in proof of loss, attached hereto as **Exhibit "E".**

16. On October 3, 2022, Plaintiff filed a Notice of Intent to Initiate Litigation with the Department of Financial Services, providing an estimate of damages of $643,952.00. *See* **Exhibit "F"**, Notice of Intent No. 58684 accepted October 3, 2022.

17. The applicable deductible under the subject policy of insurance is $5,000.00.

18. After investigating the claim, NATIONWIDE extended coverage for certain damages pursuant to the Policy, and issued payments totaling $55,170.92 for the repairs to the roof and exterior of the Property. *See* Decision Letters dated July 16, 2021, June 7, 2022, July 12, 2022, and July 18, 2022 and October 6, 2022, attached herein as **Composite Exhibit "G"**.

19. Thus, the amount in controversy in this fully denied claim is $588,781.08 (after factoring in the deductible), which is in excess of $75,000.00, exclusive of interests and costs.

20. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as PLAINTIFF and NATIONWIDE are citizens of different states and the amount in controversy exceeds the $75,000.00 threshold, exclusive of interest and costs.

21. NATIONWIDE has noticed the adverse party, PLAINTIFF, of this Removal by notifying PLAINTIFF'S attorney of record. *See* **Composite Exhibit "A" at subsection 12**

22. NATIONWIDE has filed a written notice with the Clerk of the Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida in compliance with 28 U.S.C § 1446 (d). *See* **Composite Exhibit "A" at subsection 13**.

**WHEREFORE**, the Defendant requests that this Court exercise jurisdiction over this matter based on complete diversity of citizenship, and any further relief this Court deems just and proper.

Respectfully submitted.

BUTLER WEIHMULLER KATZ CRAIG LLP
/s/ Erin C. Isdell
THOMAS A. KELLER, ESQ.
Florida Bar No.: 0153354
tkeller@butler.legal
ERIN C. ISDELL, ESQ.
Florida Bar No.: 0091173
eisdell@butler.legal
Secondary   knieman@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:  (813) 281-1900
Facsimile:  (813) 281-0900
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2022, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

>Brooke Boltz, Esq.
>Boltz Legal
>1221 E. Broadway St., Suite 1011
>Oviedo, Florida 32765
>brookeboltz@boltzlegal.com
>eservice@boltzlegal.com
>*Attorneys for Plaintiff*

/s/ Erin C. Isdell
ERIN C. ISDELL, ESQ.