**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GLENDA CONLEY,**

      **Plaintiff,**

v.                                               Case No.   6:22-cv-2135-ACC-DCI

**NATIONWIDE INSURANCE**
**COMPANY OF AMERICA,**

      **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by **the mediator** that the above-styled action has been settled. (Doc. 17). Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on June 30, 2023.

*[signature]*
ANNE C. CONWAY
United States District Judge

- 2 -

**COPIES FURNISHED TO:**
Counsel of Record